ORDERED.

Dated: March 12, 2024

Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**<u>JACKSONVILLE DIVISION</u>**

In re:

                                      **CASE NO.: 3:24-bk-00091-JAF**

**CARMEN RIVERA BAEZA,**

    **Debtor.**
_____/

**CONSENT ORDER SUSTAINING, IN PART,**
**AND OVERRULING, IN PART, THE TRUSTEE'S**
**OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**
**<u>AND TO DEBTOR'S AMENDED CLAIM OF EXEMPTIONS</u>**

    This case is before the Court upon the Objection to Debtor's Claim of Exemptions and to Debtor's Amended Claim of Exemptions (the "**<u>Objection to Exemptions</u>**") (Doc. No.36), filed by Gordon P. Jones, Chapter 7 Trustee (the "**<u>Trustee</u>**").  Upon the agreement of the Trustee and the Debtor Carmen Rivera Baeza (the "**<u>Debtor</u>**"), it is hereby **ORDERED**:

    1.    The Trustee's Objection to Exemptions (Doc. No. 36) is **OVERRULED**, *in part*.

    2.    The Debtor's claim of exemptions pursuant to Florida Statute § 222.25(4) and Fla. Const. Art. X, § 4(a)(2) are allowed and the Trustee's objections thereto are overruled; however, the Debtor is prohibited from hindering, delaying, impeding and/or otherwise interfering with the

Trustee's efforts in marketing and selling the real property known as 31 East Diamond Drive, Palm Coast, Florida 32164, which real property is legally described as follows (the "**Property**"):

**LOT 13, BLOCK 31, PALM COAST, MAP OF EASTHAMPTON, SECTION 34, ACCORDING TO MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 11, PAGES 30-49 OF THE PUBLIC RECORDS OF FLAGLER COUNTY, FLORIDA.**

**Parcel ID 07-11-31-7034-00310-0130**

3. For the avoidance of doubt, the Debtor shall not be entitled to claim any exemptions in or to the Property or any proceeds thereof.

4. The Court reserves jurisdiction to resolve or adjudicate any and all disputes that may arise out of, or relate to, those matters addressed by this Order.

The parties have consented to the form and entry of this Order.

**JOHNSON LAW FIRM, P.A.**

Eugene H. Johnson, Esq.
Florida Bar No. 0032105
Lauren W. Box, Esq.
Florida Bar No. 0106242
100 N. Laura St., Ste. 701
Jacksonville, Florida 32202
(904) 652-2400
ehj@johnsonlawpa.com
lauren@johnsonlawpa.com

*Attorneys for Gordon P. Jones,*
*Chapter 7 Trustee*

**LAW OFFICES OF REHAN N. KHAWAJA**

Rehan N. Khawaja, Esq.
Florida Bar No. 64025
817 North Main Street
Jacksonville, Florida 32202
Telephone: (904) 355-8055
khawaja@fla-bankruptcy.com

*Attorney for Debtor*

*Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Eugene H. Johnson, Esq. attests that concurrence in the filing of this paper has been obtained.*

Attorney Eugene H. Johnson, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.

2